UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-040-CHB-SSSS-03 |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| JACQUELINE M. ROBINSON, ) | **RECOMMENDED DISPOSITION** |
| ) | |
| Defendant. ) | |

*** *** *** ***

This matter is before the Court on Recommended Disposition from Magistrate Judge Hanly A. Ingram concerning reported violations of supervised release conditions by Defendant [R. 683]. Magistrate Judge Ingram recommended 1) Defendant Robinson be found Guilty of Violations #1, #2, #3, and #4; 2) Revocation to emphasize for the record that significant violations have occurred; and 3) that Defendant's supervision be re-imposed for 30 months under the conditions contained in Defendant's prior revocation judgment [R. 531] with the added conditions that (a) Defendant report to the USPO in Ashland once per week, over a period of three years, for drug screening; (b) Defendant cease all contact with Steven Messer; and (c) Defendant report any attempted contact by Messer to the USPO. *Id.* at p. 9. Defendant has not filed any objection to the Recommended Disposition, and the time for such objections has passed. Further, Defendant has filed an executed Waiver of Allocution. [R. 685-1]

Upon review, the Court is satisfied that Defendant Jacqueline M. Robinson knowingly and competently admitted the violations of supervised release conditions as set forth by the United States, and that the United States proved these violations by a preponderance of the evidence. The Recommended Disposition announces a revocation of supervised release and a

- 2 -

term of supervision that is sufficient, but not greater than necessary to comply with the purposes set forth in 18 U.S.C. 3553(a)(2).

Accordingly, and with the court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommended Disposition [**R. 683**] is **ADOPTED** for the Opinion of this Court.

2. Defendant is **ADJUDGED** guilty of Violations # 1, #2, #3, and #4.

3. Defendant's supervised release is hereby **REVOKED**.

4. Defendant's supervised release is **RE-IMPOSED** for 30 months under the conditions contained in Defendant's prior revocation judgment [R. 531] with the added conditions that (a) Defendant report to the USPO in Ashland once per week, over a period of three years, for drug screening; (b) Defendant cease all contact with Steven Messer; and (c) Defendant report any attempted contact by Messer to the USPO.

5. A separate Revocation Judgment will be entered herewith.

This the 31st day of July, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY