UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6:17-CR-040-CHB |
| v. | ) ) ) | **ORDER ADOPTING** |
| JACQUELINE M. ROBINSON, | ) ) | **RECOMMENDED DISPOSITION** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Recommended Disposition from Magistrate Judge Hanly A. Ingram concerning reported violations of supervised release conditions by Defendant Jacqueline M. Robinson [R. 762]. Magistrate Judge Ingram recommended 1) Defendant Robinson be found Guilty of Violations #1-5; and 2) Revocation with a term of imprisonment of six months, with no supervised release to follow. *Id.* at pp. 2–4, 6–9. The recommendation instructed the parties to file any specific written objections within fourteen days after being served with a copy of the recommendation, or else waive the right to further review. *See id.* at p. 9–10. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed. Further, Defendant has filed an executed Waiver of Allocution. [R. 769–1].

Generally, this Court must make a de novo determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151

(1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947, 949–950 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with Magistrate Judge Ingram's Report and Recommendation.

Upon review, the Court is satisfied that Defendant Jacqueline M. Robinson knowingly and competently admitted the violations of supervised release conditions as set forth by the United States, and that the United States proved these violations by a preponderance of the evidence. The Recommended Disposition announces a revocation of supervised release and a term of imprisonment that is sufficient, but not greater than necessary to comply with the purposes set forth in 18 U.S.C. 3553(a)(2).

Accordingly, and with the court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommended Disposition [R. 762] is **ADOPTED** for the Opinion of this Court.
2. Defendant is **ADJUDGED** guilty of Violations #1-5.
3. Defendant's supervised release is hereby **REVOKED**, and is hereby **IMPRISONED** for a term of six months, with no supervised release to follow.
4. A separate Revocation Judgment will be entered herewith.

This the 14th day of July 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY